IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-178 |
| MARCUS BLAIR, | ) | |
| | ) | (VARLAN/GUYTON) |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Government's Second Motion to Continue [Doc. 33], filed on July 7, 2005. The government asks the Court to continue the suppression hearing, which had recently been continued to July 15, 2005, at the government's request. The government contends that subsequent to the Court's resetting the suppression hearing to July 15, it learned that its main witness, the officer who stopped the vehicle in question, will be out of the country from July 11 through July 19, 2005. The motion states that defense counsel does not oppose the requested continuance. The parties spoke with chambers by telephone and agreed to August 2, 2005, at 1:00 p.m., for the suppression hearing.

Because the government has stated good cause for the continuance and the defendant does not oppose it, the Government's Second Motion to Continue [**Doc. 33**] is **GRANTED**. The suppression hearing is reset to **August 2, 2005, at 1:00** p.m. All other dates in the case, including

1

the August 31, 2005 trial date, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:


_____s/ H. Bruce Guyton_____
United States Magistrate Judge