IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-178 |
| MARCUS BLAIR, | ) | |
| | ) | (VARLAN/GUYTON) |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This cause is before the undersigned on the defendant's Motion to Continue Deadline to File Supplemental Memorandum, filed on August 26, 2005. The defendant requests an extension of his August 26, 2005 deadline for filing a supplemental brief on his suppression motion. Defense counsel contends that he received the lengthy transcript of the suppression hearing on August 22 and that his caseload has left him with insufficient time to prepare the supplemental brief in this case. He requests until September 9 to file the supplemental brief. He notes that such an extension will require a corresponding extension of the government's deadline for filing a responding supplemental brief until September 23. He states that the government does not object to the requested extensions.

The Court finds that the requested extensions would not affect the November 18, 2005 pretrial conference or the December 1, 2005 trial date. Moreover, the Court finds that the defendant has stated

1

good cause for the requested extensions. Accordingly, the Court **GRANTS** an extension of the defendant's deadline for filing a post-hearing brief to **September 9, 2005**, and an extension of the government's deadline for filing a responding post-hearing brief to **September 23, 2005**.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge